UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALY ABOURAYA,

        Plaintiff(s),

   v.

MICHAEL CHERTOFF, ET AL.,

        Defendant(s).

Case No. C-07-00561 JCS

**ORDER RE MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE FOR JEFF GRIFFITHS**

The Court has received an application for attorney admission pro hac vice by Jeff Griffiths, Esquire. Mr. Griffiths lists as his business address 111 St. John Street, #513, San Jose, California 95113. Local Rule 11-3(b) provides that an attorney who resides in the State of California, or is regularly engaged in the practice of law in the state of California, is disqualified from admission pro hac vice. Accordingly, the Court hereby ORDERS that Mr. Griffiths submit a declaration stating facts that would demonstrate why he is qualified for admission pro hac vice under the requirements of Local Rule 11-3(b).

IT IS SO ORDERED.

Dated: April 17, 2007

JOSEPH C. SPERO
United States Magistrate Judge