UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALY ABOURAYA,                                                   No. C 07-00561 JCS

        Plaintiff(s),

    v.                                                            **ORDER TO SHOW CAUSE**

MICHAEL CHERTOFF, ET AL.,

        Defendant(s).
_____/

Pursuant to Civil L.R. 16-2, an initial case management conference was scheduled on May 4, 2007, before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear on **May 18, 2007, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to prosecute this action, failure to appear at the case management conference on May 4, 2007, and for failure to comply with this Court's Order. A further case management conference is also scheduled for May 18, 2007, at 9:30 a.m.

IT IS SO ORDERED.

Dated: May 7, 2007

                                       JOSEPH C. SPERO
                                       United States Magistrate Judge