1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

7

Attorneys for Defendants

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

|  |  |
|---|---|
| ALY ABOURAYA,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL CHERTOFF, Secretary Homeland Security;<br>EMILIO GONZALEZ, USCIS Director;<br>DAVID STILL, District Director,<br>Department of Homeland Security,<br><br>        Defendants. | No. C 07-0561 JCS<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

Dated: May ⟍, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Stipulation to Dismiss
C07-0561 JCS

1

Dated: May 25, 2007



MONICA GANJOO
REEM AZZGHAYER
Attorneys for Plaintiff

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  May 29, 2007

JOSEPH
United St

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Stipulation to Dismiss**
C07-0561 JCS

2

TOTAL P.05